UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN MAGANA and
FERMIN GALVAN MAGANA,

NO. CIV. 06-1665 LKK/DAD

    Plaintiffs,

  v.

WEST SACRAMENTO POLICE
DEPARTMENT, CITY OF WEST
SACRAMENTO, JUSTIN FARRINGTON,
DONALD SCHLIE and JAMES REEDER,

    Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on October 2, 2006. ANTHONY J. PALIK appeared as counsel for plaintiffs; BRUCE A. KILDAY appeared as counsel for defendants. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for February 5, 2007

1

at 1:30 p.m.  The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: October 3, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT