```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


ERNESTO GALVAN MAGANA and
FERMIN GALVAN MAGANA,
                                         NO. CIV. 06-1665 LKK/DAD

        Plaintiffs,

    v.

WEST SACRAMENTO POLICE
DEPARTMENT, CITY OF WEST
SACRAMENTO, JUSTIN FARRINGTON,
DONALD SCHLIE and JAMES REEDER,

        Defendants.
                                /
```

This matter is STAYED pending the conclusion of the criminal proceedings in Yolo County Superior Court, where both plaintiffs are currently defendants. The parties are directed to notify the court within ten (10) days of the conclusion of the Yolo County proceedings, at which time a status conference will be scheduled.

////

////

////

1

1   The status conference currently set for November 5, 2007 is
2   VACATED.
3   IT IS SO ORDERED.
4   DATED: November 1, 2007.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```