Anthony J. Palik (SBN 190971)
Attorney at Law
1017 L Street, #384
Sacramento, CA  95814
Ph.:    (877) 946-6692
Fax:    (888) 487-6105

Martha M. Sequeira, (SBN 226725)
Attorney at Law
1017 L Street, #384
Sacramento, CA  95814
Ph.:    (877) 946-6692
Fax:    (888) 487-6105

Attorneys for Both Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GALVAN-MAGAŇA, and FERMIN GALVAN-MAGAŇA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WEST SACRAMENTO, WEST SACRAMENTO POLICE DEPARTMENT, JUSTIN FARRINGTON, DONALD SCHLIE, and JAMES REEDER,<br><br>Defendants. | CASE NO.  2:06-cv-01665-LKK-DAD<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO THE UNITED STATES DISTRICT COURT AND THE PARTIES INTERESTED HEREIN:

The plaintiffs in the above-entitled action, ERNESTO GALVAN-MAGAŇA and FERMIN GALVAN-MAGAŇA, hereby associate new counsel in this action as follows, pursuant to Fed. R. Civ. P. 83 and Local Rule 182.  All original signatures will be retained by attorney Anthony J. Palik for at least one year, pursuant to Local Rule 131 and Fed. R. Civ. P. 7.

//

//

1

UNDERSTOOD AND AGREED TO BY PRESENT ATTORNEY:

Dated: 01/31/2011   By:  /s/ Anthony J. Palik
　　　　　　　　　　　　　ANTHONY J. PALIK
　　　　　　　　　　　　　Present Attorney for Plaintiffs

UNDERSTOOD AND AGREED TO BY PLAINTIFFS:

Dated: 01/31/2011   By:  /s/ Ernesto Galvan-Magana[1]
　　　　　　　　　　　　　ERNESTO GALVAN-MAGAŇA
　　　　　　　　　　　　　Plaintiff

Dated: 01/31/2011   By:  /s/ Fermin Galvan-Magana[2]
　　　　　　　　　　　　　FERMIN GALVAN-MAGAŇA
　　　　　　　　　　　　　Plaintiff

UNDERSTOOD AND AGREED BY ASSOCIATING ATTORNEY:

Dated: 01/31/2011   By:  /s/ Martha M. Sequeira[3]
　　　　　　　　　　　　　MARTHA M. SEQUEIRA
　　　　　　　　　　　　　Attorney for Plaintiffs

SO ORDERED:

Dated: February 7, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] As authorized by plaintiff on January 31, 2011.
[2] As authorized by plaintiff on January 31, 2011.
[3] As authorized by attorney on January 31, 2011.