UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN-MAGANA
and FERMIN GALVAN-MAGANA,

NO. CIV. S-06-1665 LKK/DAD

      Plaintiffs,

  v.

CITY OF WEST SACRAMENTO,
WEST SACRAMENTO POLICE               O R D E R
DEPARTMENT, JUSTIN
FARRINGTON, DONALD SCHLIE,
and JAMES REEDER,

      Defendants.
_____/

    The parties have filed a joint motion for leave to amend their expert disclosures, in order to add Steven Gabaeff, M.D. and Eric W. Van Ostrand, M.D. as retained expert witnesses on behalf of Plaintiffs and Defendants, respectively. Joint Mot., ECF No. 51. Good cause appearing, the court GRANTS the parties' joint motion.

    The motion hearing, currently set for September 4, 2012 at 10:00 A.M., is VACATED.

////

1

1   IT IS SO ORDERED.

2   DATED: August 27, 2012.

3

4

5

6                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
7                                   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26