UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN-MAGANA
and FERMIN GALVAN-MAGANA,

                               NO. CIV. S-06-1665 LKK/DAD

      Plaintiffs,

   v.

CITY OF WEST SACRAMENTO,
WEST SACRAMENTO POLICE                O R D E R
DEPARTMENT, JUSTIN
FARRINGTON, DONALD SCHLIE,
and JAMES REEDER,

      Defendants.

_____/

    Pending before the court in the above-captioned case is a Final Pretrial Conference set for September 10, 2012 at 1:30 p.m. The court set this date and time by order dated March 16, 2011, ECF No. 39, as subsequently corrected by order dated March 24, 2011, ECF No. 40.

    As stated in the court's March 16, 2011 order, ECF No. 39, the parties were to file Pretrial Statements that met both the content and timing requirements of Local Rule 281. This order also made clear that, "A FAILURE TO COMPLY WITH LOCAL RULES 280 AND 281 WILL

1  BE GROUNDS FOR SANCTIONS." But the parties failed to comply with
2  the court's order.

3     On August 24, 2012, Plaintiffs filed a pleading captioned
4  "Plaintiffs' Status Report," which regurgitated much of the
5  information in Plaintiffs' status report filed on February 27,
6  2011, and which did not include much of the information called for
7  in a Pretrial Statement under Local Rule 281. Plaintiffs did not
8  file a Pretrial Statement apparently complying with Local Rule 281
9  until September 5, 2012; this document should have been filed no
10 later than August 27, 2012.

11    Defendants, in turn, did not file their Pretrial Statement
12 until September 5, 2012. This document should have been filed no
13 later than August 31, 2012.[1]

14    The parties failed to file a Joint Pretrial Statement until
15 September 5, 2012. This document should have been filed no later
16 than August 31, 2012.

17    Accordingly:

18    1. The Final Pretrial Conference is re-scheduled for September
19 17, 2012 at 1:30 p.m. in order to give the court sufficient time to
20 review the parties' Pretrial Statements and prepare accordingly.

21    2. Counsel for Plaintiffs, Anthony J. Palik, is Ordered to
22 Show Cause, on September 17, 2012 at 1:30 p.m. in Courtroom 4, as
23 to why he should not be sanctioned in the amount of $150.00 for his
24 failure to comply with Local Rule 281. Mr. Palik shall file a

25

26    [1] The parties are directed to Fed. R. Civ. P. 6 regarding the
   computation of time periods ending on a legal holiday.

1 response to the Order to Show Cause no later than seven days from

2 the date of this order. If Mr. Palik does not oppose the Order to

3 Show Cause, he shall file a Statement of Non-Opposition no later

4 than seven days from the date of this order.

5     3. Counsel for Defendants, Bruce A. Kilday, is Ordered to Show

6 Cause, on September 17, 2012 at 1:30 p.m. in Courtroom 4, as to why

7 he should not be sanctioned in the amount of $150.00 for his

8 failure to comply with Local Rule 281. Mr. Kilday shall file a

9 response to the Order to Show Cause no later than seven days from

10 the date of this order. If Mr. Kilday does not oppose the Order to

11 Show Cause, he shall file a Statement of Non-Opposition no later

12 than seven days from the date of this order.

13     IT IS SO ORDERED.

14     DATED:   September 6, 2012.

15

16

17

18         LAWRENCE K. KARLTON
        SENIOR JUDGE

19         UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26