UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN-MAGANA
and FERMIN GALVAN-MAGANA,

        NO. CIV. S-06-1665 LKK/DAD

    Plaintiffs,

  v.

CITY OF WEST SACRAMENTO,
WEST SACRAMENTO POLICE        O R D E R
DEPARTMENT, JUSTIN
FARRINGTON, DONALD SCHLIE,
and JAMES REEDER,

    Defendants.
_____/

    The Final Pretrial Conference in this matter was set for September 10, 2012 at 1:30 p.m. The court set this date and time by order dated March 16, 2011, ECF No. 39, as subsequently corrected by order dated March 24, 2011, ECF No. 40.

    Plaintiffs and defendants were late in filing both their Separate Pretrial Statements and their Joint Pretrial Statement. The court issued an order, ECF No. 62, on September 6, 2012 continuing the conference date to September 17, 2012 at 1:30 p.m., and ordering counsel to show cause why they should not be

1

sanctioned for failing to timely file their Pretrial Statements.

As counsel have both submitted statements of non-opposition to the sanctions, the court hereby ORDERS as follows:

1. Counsel for plaintiffs, Anthony J. Palik, is sanctioned in the amount of one hundred and fifty dollars ($150). This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order.

2. Mr. Palik shall file an affidavit accompanying the payment of these sanctions which states that he is making the payment out of personal funds, and that this payment is not and will not be billed, directly or indirectly, to his clients or in any way made the responsibility of his clients as attorneys' fees or costs.

3. Counsel for defendants, Bruce A. Kilday, is sanctioned in the amount of one hundred and fifty dollars ($150). This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order.

4. Mr. Kilday shall file an affidavit accompanying the payment of these sanctions which states that he is making the payment out of personal funds, and that this payment is not and will not be billed, directly or indirectly, to his clients or in any way made the responsibility of his clients as attorneys' fees or costs.

IT IS SO ORDERED.

Dated: September 17, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2