UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN-MAGANA
and FERMIN GALVAN-MAGANA,

        NO. CIV. S-06-1665 LKK/DAD

      Plaintiffs,

   v.

CITY OF WEST SACRAMENTO,
WEST SACRAMENTO POLICE        O R D E R
DEPARTMENT, JUSTIN
FARRINGTON, DONALD SCHLIE,
and JAMES REEDER,

      Defendants.
_____/

    The Final Pretrial Conference in this matter was set for September 10, 2012 at 1:30 p.m. The court set this date and time by order dated March 16, 2011, ECF No. 39, as subsequently corrected by order dated March 24, 2011, ECF No. 40.

    Plaintiffs and defendants were late in filing both their Separate Pretrial Statements and their Joint Pretrial Statement. The court issued an order, ECF No. 62, on September 6, 2012 continuing the conference date to September 17, 2012 at 1:30 p.m., and ordering counsel to show cause why they should not be

1

1   sanctioned for failing to timely file their Pretrial Statements.

2       As counsel have both submitted statements of non-opposition to

3   the sanctions, the court hereby ORDERS as follows:

4       1. Counsel for plaintiffs, Anthony J. Palik, is sanctioned in

5   the amount of one hundred and fifty dollars ($150). This sum shall

6   be paid to the Clerk of the Court no later than thirty (30) days

7   from the date of this order.

8       2. Mr. Palik shall file an affidavit accompanying the payment

9   of these sanctions which states that he is making the payment out

10  of personal funds, and that this payment is not and will not be

11  billed, directly or indirectly, to his clients or in any way made

12  the responsibility of his clients as attorneys' fees or costs.

13      3. Counsel for defendants, Bruce A. Kilday, is sanctioned in

14  the amount of one hundred and fifty dollars ($150). This sum shall

15  be paid to the Clerk of the Court no later than thirty (30) days

16  from the date of this order.

17      4. Mr. Kilday shall file an affidavit accompanying the payment

18  of these sanctions which states that he is making the payment out

19  of personal funds, and that this payment is not and will not be

20  billed, directly or indirectly, to his clients or in any way made

21  the responsibility of his clients as attorneys' fees or costs.

22      IT IS SO ORDERED.

23      Dated: September 17, 2012

24

25                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
26                                   UNITED STATES DISTRICT COURT

                                 2