UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN-MAGAÑA
and FERMIN GALVAN-MAGAÑA,

       Plaintiffs,                   NO. CIV. S-06-1665 LKK/DAD

   v.

CITY OF WEST SACRAMENTO,
WEST SACRAMENT POLICE
DEPARTMENT JUSTIN
FARRINGTON, DONALD SCHLIE,               O R D E R
and JAMES REEDER,

       Defendants.
_____/

    No more than ten (10) days after the date of this order, plaintiffs are ordered to provide defendants with a copy of every exhibit they intend to introduce at trial. (Plaintiffs are cautioned not to provide exhibits beyond those listed in Exhibit "C" to the court's Pretrial Conference Order (Tentative), ECF no. 68, unless they have met the requirements set forth in that Order for producing late-discovered exhibits.)

    No more than fourteen (14) days after the date they receive copies of these exhibits, defendants may file with the court and serve on plaintiffs' counsel any objections to said exhibits. In

1

1  making said objections, defendants are to set forth the grounds for
2  their objections.
3      Counsel for plaintiffs, Anthony J. Palik, is Ordered to Show
4  Cause, on November 5, 2012 at 1:30 p.m. in Courtroom 4, as to why
5  he should not be sanctioned in the amount of $150.00 for his
6  failure to comply with the deadline to submit exhibits set forth
7  in the court's Pretrial Conference Order (Tentative), ECF no. 68.
8  Mr. Palik shall file a response to the Order to Show Cause no later
9  than seven (7) days from the date of this order. If Mr. Palik does
10 not oppose the Order to Show Cause, he shall file a Statement of
11 Non-Opposition no later than (7) seven days from the date of this
12 order.
13     IT IS SO ORDERED.
14     DATED:  October 22, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT