UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN-MAGAÑA
and FERMIN GALVAN-MAGAÑA,

        Plaintiffs,                    NO. CIV. S-06-1665 LKK/DAD

    v.

CITY OF WEST SACRAMENTO,
WEST SACRAMENT POLICE
DEPARTMENT JUSTIN
FARRINGTON, DONALD SCHLIE,                <u>O R D E R</u>
and JAMES REEDER,

        Defendants.
_____/

    On October 22, 2012, the court ordered plaintiffs' counsel to show cause why sanctions should not be imposed for failure to provide defendants' counsel with copies of trial exhibits by the deadline set forth in the court's Pretrial Conference Order (Tentative), ECF no. 68.

    The court is in receipt of plaintiffs' counsel's response, which states that plaintiffs will not be producing any exhibits at trial.

    Good cause appearing, the court hereby orders as follows:

    [1] The order to show cause, ECF no. 76, is DISCHARGED.

1   [2] Plaintiffs' list of trial exhibits, attached as Exhibit
2   C to the Pretrial Conference Order (Final), ECF no. 73, is
3   STRICKEN.
4   IT IS SO ORDERED.
5   DATED:  October 24, 2012.

　　　　　　　　　　　　　　／s／ Lawrence K. Karlton
　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT