IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO GALVAN-MAGANA et al.

        Plaintiffs,        No. 2:06-cv-01665 LKK DAD

        vs.

CITY OF WEST SACRAMENTO et. al.,    ORDER

        Defendants.

_____/

        The parties, by and through counsel, met in settlement conference on October 30, 2012. Appearances were placed on the record. The case settled and its terms were placed on the record.

        All previously scheduled dates in this case are vacated. The parties shall file the papers which terminate this case no later than November 29, 2012. Payment of settlement monies are due no later than November 29, 2012.

DATED: October 30, 2012

                        /s/ Gregory G. Hollows

                UNITED STATES MAGISTRATE JUDGE

1