BRUCE A. KILDAY, ESQ., SB No. 066415
   Email: bkilday@akk-law.com
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
   Email: cfredrickson@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GALVAN MAGANA and FERMIN GALVAN MAGANA, <br><br>  Plaintiffs, <br><br> vs. <br><br> WEST SACRAMENTO POLICE, et al. <br><br>  Defendants. | Case No.: 2:06-CV-01665-LKK-DAD <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND ORDER** |

   The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and without prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

 Dated: November 29, 2012              ANGELO, KILDAY & KILDUFF, LLP

                                       */s/ Bruce A. Kilday*
                               By:_____
                                  BRUCE A. KILDAY
                                  Attorneys for Defendants

1  Dated: November 29, 2012            LAW OFFICES OF ANTHONY J. PALIK

2
                                              */s/ Anthony J. Palik*
3                                       By:_____
                                              ANTHONY J. PALIK
4                                             Attorneys for Plaintiffs ERNESTO
                                              GALVAN-MAGANA and FERMIN
5                                             GALVIN-MAGANA

6

7                                    **ORDER**

8  IT IS SO ORDERED.

9

10  Dated: November 30, 2012.

11

12
                            _____
13                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
14                          UNITED STATES DISTRICT COURT