BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
  Email: cfredrickson@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GALVAN MAGANA and FERMIN GALVAN MAGANA,<br><br>    Plaintiffs,<br><br>vs.<br><br>WEST SACRAMENTO POLICE, et al.<br><br>    Defendants. | Case No.: 2:06-CV-01665-LKK-DAD<br><br>**AMENDED** STIPULATION FOR DISMISSAL OF ACTION **WITH** PREJUDICE AND ORDER |

The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

Dated: December 3, 2012                              ANGELO, KILDAY & KILDUFF, LLP

                                                                            */s/ Bruce A. Kilday*
                                                             By:_____
                                                                    BRUCE A. KILDAY
                                                                    Attorneys for Defendants

---

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

{00067354}

Dated: December 3, 2012            LAW OFFICES OF ANTHONY J. PALIK

             */s/ Anthony J. Palik as authorized on 12/3/12*
            By:_____
              ANTHONY J. PALIK
              Attorneys for Plaintiffs ERNESTO
              GALVAN-MAGANA and FERMIN
              GALVIN-MAGANA

**ORDER**

IT IS SO ORDERED.

Dated: December 4, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT